IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
JUN 25 2026
DANIEL MCHUGH, CLERK
BY______________Deputy

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 1:26CR85

KATHERINE GRACE JOINER, a/k/a, kissmyxm15
ETHAN BASSETT, a/k/a, ethanb.bps

# INDICTMENT

The Grand Jury charges that:

## Introduction and Background

At all times relevant herein:

1. KATHERINE GRACE JOINER, defendant, was an adult resident of Wilsonville, Alabama and user of the Instagram account, "kissmyxm15."

2. ETHAN BASSETT, defendant, was an adult residence of Glen, Alcorn County, Mississippi and user of the Instagram account, "ethanb.bps."

3. Instagram was an online social networking service owned by Meta Platforms, Inc., allowing users to send messages, images, and media over the internet. Messages and media sent between users in different states travel in interstate commerce.

4. On April 20, 1999, two students at Columbine High School in Jefferson County, Colorado, perpetrated a mass shooting at the school, killing twelve students and one teacher, and injuring an additional twenty-one people. The shooters themselves were also killed, leading to a total of fifteen deaths. This incident became commonly known as "Columbine" and the term "Columbine" became synonymous with school shootings and mass shootings.

5. On December 14, 2012, Adam Lanza, a twenty-year-old resident of Newtown, Connecticut, perpetrated a mass shooting at Sandy Hook Elementary School, killing twenty children and six adult staff members before taking his own life. The attack received extensive national and international media coverage and is one of the deadliest school shootings in United States history. Subsequently, it was widely reported that Lanza had expressed an interest in prior mass shootings and had engaged in extensive online research about school shooters. Because of the severity and notoriety of the attack, references to "Sandy Hook" and to Adam Lanza became commonly associated with school shootings and the online true crime communities that idolize or glorify perpetrators of mass violence.

6. On May 23, 2014, Elliot Rodger, a twenty-two-year-old resident of Isla Vista, California, committed a series of coordinated attacks near the campus of the University of California, Santa Barbara. Rodger killed six victims and injured fourteen others through a combination of stabbings, shootings, and vehicular assaults before taking his own life. The attacks received extensive media coverage nationwide, and Rodger's online postings and video manifestos—expressing violent ideology, resentment, and fascination with prior mass killings—became widely publicized. As a result, references to the "Isla Vista attack" and to Elliot Rodger became associated with acts of targeted violence and with online communities that glorify or idolize perpetrators of mass murder.

7. The "true crime community," commonly referred to as "tcc," is an online subculture found on various social media platforms where users discuss, analyze, and share content related to real-world violent crimes, including mass shootings, serial murders, and other high-profile acts of violence. Although many participants engage in academic-style discussion or express interest in criminology, the community also includes users who glorify, romanticize, or idolize perpetrators

of mass violence. Such users frequently share images, quotes, or memes related to offenders such as the Columbine shooters, the Sandy Hook perpetrator, and the Isla Vista attacker. Because of the notoriety associated with these incidents, references to "tcc" often include content that celebrates or encourages violent behavior, including mass shootings, and may serve as a venue for individuals to express admiration for or identification with these perpetrators of mass murder.

8. On February 12, 2026, KATHERINE GRACE JOINER, defendant, using the online Instagram handle "kissmyxm15" shared an image depicting security camera footage resembling the appearance of a school setting and made reference to "tcc" as shown below:




9. On April 21, 2026, KATHERINE GRACE JOINER, defendant, using the online Instagram handle "kissmyxm15" shared an image stating "We Are Right as Rain" and made reference to Columbine and "tcc," as shown below:

kissmyxm15 (70529480623) - April 21 2026 02:04:59 am UTC
someone kill me oh and also merry columbine to tcc let's have a birthday party with party hats and other party stuff
*kissmyxm15 sent an image (ID 3879873575029503837)*




10. On April 22, 2026, KATHERINE GRACE JOINER, defendant, using the online Instagram handle "kissmyxm15" shared an image depicting an individual with a gun and referenced the true crime community and Adam Lanza, the perpetrator of the Sandy Hook Elementary School shooting, as shown below:

kissmyxm15 (70529480623) - April 22 2026 09:43:14 pm UTC
happy birthday adam ó ^ ò . . . . #truecrimecommunity #tcc #adamlanza #birthday
*kissmyxm15 sent an image (ID 3881191289576654798)*



11. On May 9, 2026, KATHERINE GRACE JOINER, defendant, using the online Instagram handle "kissmyxm15" shared an image depicting Elliot Rodger, the mass murderer who perpetrated the 2014 Isla Vista attacks, as shown below:




12. In May 2026, KATHERINE GRACE JOINER, defendant, using the online Instagram handle "kissmyxm15" participated in an Instagram online group chat with ETHAN BASSETT, defendant, using the online Instagram handle "ethanb.bps." The text labeled "Body" is the actual message.

13. On May 12, 2026, KATHERINE GRACE JOINER, defendant, using "kissmyxm15" and ETHAN BASSETT, defendant, using "ethanb.bps" instant messaged on Instagram, with ethanb.bps sharing images of the following assault rifle and ammunition:

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:00:49 UTC |
| **Body** | i also want to show you my ar i bought |

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:01:09 UTC

**Body** Ethan sent a photo.



**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:01:14 UTC

**Body** Ethan sent a photo.



**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:02:44 UTC

**Body** ohwow

**Author** kissmyxm15 (Instagram: 70529480623)

| | |
|---|---|
| **Sent** | 2026-05-12 01:04:27 UTC |
| **Body** | i don't know what to say |
| | |
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:05:41 UTC |
| **Body** | don't have to say anything i did it because you deserve it |
| | |
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:06:21 UTC |
| **Body** | when i said id do anything you need to know I would |
| | |
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:06:44 UTC |
| **Body** | anything for someone who treated me like a human |
| | |
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:08:12 UTC |
| **Body** | kat you know id do anything you asked right |
| | |
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:08:40 UTC |
| **Body** | I don't know |

14. That same day, on May 12, 2026, KATHERINE GRACE JOINER, defendant, using "kissmyxm15" and ETHAN BASSET, defendant, using "ethanb.bps" instant messaged on Instagram discussing infliction of physical harm to themselves ("kms" is a reference to "kill myself"), the status of their relationship, their individual struggles and desire to inflict harm to themselves, including the following:

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:52:15 UTC |
| **Body** | once I get the courage I'm going to kms and I hope it's soon |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:54:43 UTC |
| **Body** | you'd know i'd join you |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:57:57 UTC |
| **Body** | no you wouldn't |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:58:15 UTC |
| **Body** | I don't think you'd really do it |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:59:30 UTC |
| **Body** | Why do you think I bought such a nice gun i want to go out pretty |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:00:09 UTC |
| **Body** | taking my own life is something that sits on my brain just haven't been pushed far enough to do it |

15. That same day, on May 12, 2026, KATHERINE GRACE JOINER, defendant, using "kissmyxm15" and ETHAN BASSET, defendant, using "ethanb.bps" instant messaged on Instagram regarding their intent to harm themselves and others, including a school shooting:

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:00:33 UTC |
| **Body** | killing also sits if i could get away with it |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:00:58 UTC |
| **Body** | my dad has a lot of guns downstairs we could meet up and do something |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:01:32 UTC |
| **Body** | what's your plans |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:01:44 UTC |
| **Body** | or anything you've thought of and haven't said |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:04:05 UTC |
| **Body** | I haven't really made a plan but killing people and then myself has been on my mind for a while I wouldn't mind doing it with you. a while ago I wanted to break into my elementary school but [familial minor] came to my mind and I couldn't do something like that to her. so my high school came to mind but id meet up with you and we could have some fun somewhere maybe somewhere small with low to no security. we need time. a lot. |

16. The conversation continues:

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:04:47 UTC |
| **Body** | we need a few days |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |

| | |
|---|---|
| **Sent** | 2026-05-12 02:05:01 UTC |
| **Body** | somewhere to practice and plan |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:05:16 UTC |
| **Body** | we can't just jump in with nothing you know |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:05:45 UTC |
| **Body** | no i fully agree but i thought you would have targets in mind not just anyone |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:06:07 UTC |
| **Body** | kinda like i was planning if you got with anyone else to make a move on you |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:06:44 UTC |
| **Body** | i wasn't ever joking about a knife fight between me and you i still think you'd win though |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:07:09 UTC |
| **Body** | you've always been into this stuff more than me but i'm honestly your follower |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:08:00 UTC |
| **Body** | nothing you want to do before you die? |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:09:16 UTC |
| **Body** | I don't think so maybe get chocolate mint ice cream |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:09:31 UTC |
| **Body** | Reacted [heart emoji] to your message |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:10:23 UTC |
| **Body** | Your adorable yeah sounds great |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:10:50 UTC |
| **Body** | that's so hot i didn't think your murderous intentions were this high [unreadable script or emoji] |

17. JOINER then discusses that if she ever told anyone, her threats would alert governmental authorities before she could carry them out.

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:12:04 UTC |
| **Body** | well bc if I told anyone id probably get put on a watchlist or something before I could even do anything |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:12:20 UTC |
| **Body** | I'm probably already on one rn with the government on my phone |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:12:36 UTC |

**Body** You probably already knowing the government yeah what

**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:13:40 UTC
**Body** kat would you ever want to hurt me

18. The discussion continues as follows:

**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:26:36 UTC
**Body** i'm doing everything we talked about

**Author** kissmyxm15 (Instagram: 70529480623)
**Sent** 2026-05-12 02:27:16 UTC
**Body** I just dont want you to have so much fun that you don't want to go thru with what we plan

**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:28:11 UTC
**Body** if i did to the point of you being miserable and not able to move i've succeeded i'd be happy if you were

**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:28:37 UTC
**Body** after my life would be yours to take since i just did that to you and id take yours at the same time

**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:28:51 UTC
**Body** after doing whatever you wanted to do

**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:29:22 UTC
**Body** i worship you

**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:29:44 UTC
**Body** even after you've tried getting away from me i still do because i still feel connected

**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:31:12 UTC
**Body** you could be the jane to my jeff

**Author** kissmyxm15 (Instagram: 70529480623)
**Sent** 2026-05-12 02:32:02 UTC
**Body**




**Author** ethanb.bps (Instagram: 22247011286)
**Sent** 2026-05-12 02:32:51 UTC
**Body** loved movie star planet

**Author** kissmyxm15 (Instagram: 70529480623)
**Sent** 2026-05-12 02:33:17 UTC

| | |
|---|---|
| **Body** | I'm serious about this I hope you know I'm not being edgy or something stupid. I've been wanting to do something like this but I'm too much of a coward. now that you're here I feel better |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:33:59 UTC |
| **Body** | Never hesitate or be scared to do something especially things you've always wanted to |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:08 UTC |
| **Body** | it was going to be it for me if you didn't work |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:11 UTC |
| **Body** | i told you that |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:37 UTC |
| **Body** | if me coming out to you about how i really am didn't help |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:41 UTC |
| **Body** | that was it for me |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:35:05 UTC |
| **Body** | didn't spend 1,200 on a gun for nothing |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:35:42 UTC |
| **Body** | it was either that or suffer |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:38:47 UTC |
| **Body** | it kinda hurts that I'm gonna seem like a monster to my family. and my mom. she's been getting better for me and now that's all gonna go down the drain for you and for us. maybe I'm an idiot but I feel like this is the right decision. I've always felt like I was meant to die this way at least killing myself |

**COUNT ONE**

**(Transmitting Threat in Interstate Commerce)**

19. The allegations contained in paragraphs 1 through 18 are re-alleged and incorporated herein.

20. On or about May 12, 2026, in the Northern District of Mississippi and elsewhere, the defendant, ETHAN BASSETT, did knowingly and intentionally transmit a communication in interstate commerce containing a threat to injure the person of another, intending the message to be a threat and with the knowledge that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

**COUNT TWO**

**(Transmitting Threat in Interstate Commerce)**

21. The allegations contained in paragraphs 1 through 18 are re-alleged and incorporated herein.

22. On or about May 12, 2026, in the Northern District of Mississippi and elsewhere, the defendant, KATHERINE GRACE JOINER, did knowingly and intentionally transmit a communication in interstate commerce containing a threat to injure the person of another, intending the message to be a threat and with the knowledge that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

for: SCOTT F. LEARY, FAUSA
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON